CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICARDO SHERFIELD, | **Case No.** 5:15-cv-02373-SVW-KK |
|---|---|
| Plaintiff, | **Request for Entry of Default (as to Tony Young Lee only)** |
| v. | |
| TONY YOUNG LEE; SANG SOON LEE KAMENAR; TRANS POWER INCORPORATION, a California Corporation | |
| Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Ricardo Sherfield hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Tony Young Lee, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Tony Young Lee on December 6, 2015 evidenced by the proof of service of summons on file with this Court.

1
2  Dated: January 22, 2015         CENTER FOR DISABILITY ACCESS
3
4                                  By: /s/ Phyl Grace_____
5                                      Phyl Grace
                                       Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Request for Entry of Default