CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ricardo Sherfield**, <br><br> Plaintiff, <br><br> v. <br><br> **Tony Young Lee; Sang Soon Lee Kamenar; Trans Power Incorporation,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No.** 5:15-CV-02373-SVW-KK <br><br> **Plaintiff's Response to Order to Show Cause** |

### DECLARATION OF DENNIS PRICE

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

1

3.  Defendant Lee is being defaulted as of January 22, 2016.

4.  In preparing the defaults for the parties in this matter, Plaintiff discovered that service may be defective on the other two parties. Defendant Kamenar will be reserved immediately, and Defendant Transpower will be dismissed as part of a First Amended Complaint that Plaintiff anticipates filing shortly.

5.  Plaintiff's counsel requests that sanctions not issue against it for failure to serve or default all parties. The properly served Defendant has been defaulted. The remaining will be dismissed or reserved promptly. This matter is being diligently prosecuted by Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: January 22, 2016                CENTER FOR DISABILITY ACCESS

                                        /s/ Dennis J. Price
                          By: _____
                          Dennis Price, Esq.
                          Attorneys for Plaintiff