CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
    San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
    San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ricardo Sherfield**, <br><br>        Plaintiff, <br><br> v. <br><br> **Tony Young Lee;** <br> **Sang Soon Lee Kamenar;** <br> **Trans Power Incorporation,** a California Corporation; and Does 1-10, <br><br>        Defendants. | Case 5:15-CV-02373-SVW-KK <br><br> **Plaintiff's Application for Default Judgment by Court Against Tony Young Lee and Sang Soon Lee Kamenar** <br><br> Date:   May 2, 2016 <br> Time:   1:30 p.m. <br> Ctrm:   6 |

   To Defendants Tony Young Lee and Sang Soon Lee Kamenar and the attorneys of record, if any: Please take notice that on May 2, 2016, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 312 North Spring Street, Los Angeles, California. Plaintiff Ricardo Sherfield will present his application for default judgment against defendants Tony Young Lee and Sang Soon Lee Kamenar. The Clerk has previously entered the defaults on defendants Tony Young Lee and Sang Soon Lee Kamenar, on January 27, 2016 and March 1, 2016, respectively.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Tony Young Lee and Sang Soon Lee Kamenar are not minors or incompetent persons or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendants Tony Young Lee and Sang Soon Lee Kamenar, have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,455.00 in attorney fees and costs as set forth in the attached declaration of Mark Potter and an Order directing the defendants to: provide accessible paths of travel and an accessible transaction counter at the business located at or about 4013 W. Pico Blvd., Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Tony Young Lee and Sang Soon Lee Kamenar on January 22, 2016 and February 29, 2016, respectively, by first class United States Mail, postage prepaid.

Dated: March 20, 2016                    CENTER FOR DISABILITY ACCESS

                                         By: /s/ Mark Potter
                                         Mark Potter, Esq.
                                         Attorneys for Plaintiff